UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RYAN TAMM,

               Plaintiff,

    v.

DOG6, LLC,

               Defendant.

Case No. 2:26-cv-01671-TLF

ORDER GRANTING UNOPPOSED MOTION TO EXTEND

Defendant moves, with no opposition from plaintiff, to extend the time for defendant to answer or otherwise respond to plaintiff's complaint. Dkt. 13. The Court, finding good cause, GRANTS the motion and ORDERS:

- Defendant shall have up to and including June 22, 2026, to answer or otherwise respond to plaintiff's complaint.

Dated this 29th day of May, 2026.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING UNOPPOSED MOTION TO
EXTEND - 1