# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

RYAN TAMM, on his own behalf and on behalf of others similarly situated,

      Plaintiff,

v.

DOG6, LLC d/b/a CAT5 COMMERCE d/b/a TACTICALGEAR.COM,

      Defendant.

Case No. 2:26-cv-01671-JHC

ORDER GRANTING SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

    THIS MATTER comes before the Court on Defendant's Second Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint.  Dkt. # 19.

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant's Second Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint is GRANTED.  Defendant is permitted until July 13, 2026, to file a responsive pleading to the Complaint.

//

ORDER - 1
Case No. 2:26-cv-01671-JHC

IT IS SO ORDERED.

DATED this 22nd day of June, 2026.

John H. Chun
UNITED STATES DISTRICT JUDGE

ORDER - 2
Case No. 2:26-cv-01671-JHC