# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

RYAN TAMM, on his own behalf and on behalf of others similarly situated,

     Plaintiff,

v.

DOG6, LLC d/b/a CAT5 COMMERCE d/b/a TACTICALGEAR.COM,

     Defendant.

Case No. 2:26-cv-01671-JHC

ORDER GRANTING THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

THIS MATTER comes before the Court on Defendant's Third Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint.  Dkt. # 21.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant's Third Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint is hereby GRANTED.  Defendant is permitted until August 12, 2026, to file a responsive pleading to the Complaint.

IT IS SO ORDERED.

DATED this 8th day of July, 2026.

_John H. Chun_____
John H. Chun
UNITED STATES DISTRICT JUDGE

ORDER GRANTING THIRD UNOPPOSED MOTION FOR
EXTENSION OF TIME TO ASNWER OR OTHERWISE
RESPOND TO PLAINTIFF'S COMPLAINT - 2