**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| RYAN TAMM, on his own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOG6, LLC d/b/a CAT5 COMMERCE d/b/a TACTICALGEAR.COM,<br><br>Defendant. | Case No. 2:26-cv-01671-JHC<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT |

THIS MATTER comes before the Court on Defendant's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Amended Complaint. Dkt. # 28.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Amended Complaint is hereby GRANTED. Defendant is permitted until September 7, 2026, to file a responsive pleading to the Amended Complaint.

IT IS SO ORDERED.

DATED this 24th day of August, 2026.

John H. Chun
UNITED STATES DISTRICT JUDGE