UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN TAMM, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOG6, LLC d/b/a CAT5 COMMERCE d/b/a TACTICALGEAR.COM and GALLS, LLC,<br><br>Defendants. | Case No. 2:26-cv-01671-JHC<br><br>DEFENDANT GALLS' UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT & ORDER |

## I. RELIEF REQUESTED

Defendant Galls, LLC ("Galls") respectfully moves this Court for a twenty-one (21) day extension of time, from September 8, 2026 to and including September 29, 2026, to respond to Plaintiff Ryan Tamm's ("Plaintiff") Amended Class Action Complaint. As grounds, Galls state the following:

## II. CERTIFICATE OF CONFERRAL

1. Counsel for Galls have conferred with counsel for Plaintiff and counsel for Defendant Dog6, LLC ("Dog6"). Plaintiff and Dog6 confirmed they do not oppose the requested extension of time.

## III. STATEMENT OF THE FACTS

2. On April 10, 2026, Plaintiff filed a Class Action Complaint in the Superior Court for King County, Washington, captioned *Ryan Tamm v. Dog6, LLC d/b/a TacticalGear.com*, Case No. 26-2-12071-4 SEA, naming Dog6 as the only Defendant.

3. On May 15, 2026, Dog6 filed a Notice of Removal and removed the case to this Court. (ECF No. 1).

4. On August 10, 2026, Plaintiff filed an Amended Class Action Complaint, naming Dog6 as a Defendant and naming Galls as an additional Defendant for the first time. (ECF No. 24).

5. Dog6 is required to file an answer or other responsive pleading to the Amended Class Action Complaint on or before September 7, 2026. (ECF No. 29).

6. Galls was served with a copy of the Summons and Amended Class Action Complaint on August 25, 2026. Galls is required to file an answer or other responsive pleading to the Amended Class Action Complaint on or before September 8, 2026. (ECF No. 30).

## IV. GROUNDS FOR EXTENSION

7. Galls was only recently named as a party to this suit, and counsel has only recently become involved, and thus good cause exists to grant a brief extension of twenty-one (21) days to allow Galls' counsel to become more familiar with the case and to work with Plaintiff's counsel and Dog6's counsel before responding to the Amended Class Action Complaint.

8. Furthermore, with respect to Dog6, the parties believe it makes sense for both Defendants to remain on the same schedule, so that most, if not all, dates and case deadlines remain consistent. Dog6's first responsive pleading is currently due only one day prior to Galls' current deadline to respond, and thus the parties will not suffer any prejudice as a result.

9. No deadlines will be impacted, and no party will be prejudiced by this extension, which is made in good faith and not for purposes of delay.

## V. CONCLUSION

10. For the foregoing reasons, Defendants jointly and respectfully request that the Court grant this Joint Unopposed Motion and enter an order (i) granting Galls a twenty-one (21) day extension, from September 8, 2026 to and including September 29, 2026, to respond to the Amended Class Action Complaint, and (ii) extending Dog6's responsive pleading deadline to the same date.

Respectfully submitted this 4th day of September 2026, by:

TAFT STETTINIUS & HOLLISTER LLP

By *s/ Blair C. Carter*

Blair C. Carter, WSBA #40977
90 South Cascade Avenue, Suite 1500
Colorado Springs, CO 80903
Telephone (719) 475-2440
E-mail: bcarter@taftlaw.com
*Attorney for Defendant Galls, LLC*

**ORDER**

IT IS SO ORDERED.

DATED this 4th day of September, 2026.

John H. Chun
UNITED STATES DISTRICT JUDGE