UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN TAMM, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOG6, LLC d/b/a CAT5 COMMERCE d/b/a TACTICALGEAR.COM; and GALLS, LLC,<br><br>Defendants. | Case No. 2:26-CV-01671-JHC<br><br>**ORDER GRANTING EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** |

This matter comes before the Court on Defendants Dog6, LLC and Galls, LLC's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Amended Complaint. Defendant asks the Court to extend their responsive pleading deadline by seven days, from September 29, 2026 to October 6, 2026.

The motion is hereby GRANTED. Defendants may respond to Plaintiff's amended complaint on or before October 6, 2026.

IT IS SO ORDERED.

DATED this 23rd day of September, 2026.

JOHN H. CHUN
United States District Judge