UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN TAMM, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOG6 LLC, d/b/a CAT5 COMMERCE d/b/a TACTICALGEAR.COM; and GALLS LLC,<br><br>Defendant. | CASE NO. 2:26-CV-01671-JHC<br><br>ORDER GRANTING DEFENDANT GALLS LLC'S UNOPPOSED MOTION TO WAIVE PHYSICAL OFFICE REQUIREMENT FOR COUNSEL SUPPORTING THE *PRO HAC VICE* APPLICATION OF ISAAC COLUNGA AND SOPHIE RAYZOR |

This matter comes before the Court on the unopposed motion of Defendant Galls LLC ("Defendant") for relief from Local Civil Rule 83.1(d)(2). Dkt. # 39. Defendant moves for relief from Local Civil Rule 83.1(d)(2) insofar as the rule requires its counsel, Blair C. Carter, to maintain a physical office within the geographic boundaries of this District in order to serve as Defendant's local counsel for the purpose of supporting the *pro hac vice* application of her colleagues and associated counsel, Isaac Colunga and Sophie Rayzor. Counsel for Plaintiff Ryan Tamm and Defendant Dog6 LLC do not object to this motion.

Ms. Carter is a member in good standing of the bar of this Court and has sufficiently demonstrated through Defendant's motion that she is committed to ensuring Defendant's legal representation, *pro hac vice* or otherwise, will meet or exceed the Court's high expectations of professionalism and civility, as well as adhering to the Federal Rules of Civil Procedure, this Court's Local Civil Rules, and this Court's orders. As such, the Court finds that good cause exists to waive Local Civil Rule 83.1(d)(2)'s physical office requirement within the geographic boundaries of this District to enable Ms. Carter's sponsorship of the *pro hac vice* application of Mr. Colunga and Ms. Rayzor.

It is hereby ORDERED that the Court GRANTS Defendant's unopposed motion for relief from Local Civil Rule 83.1(d)(2). Ms. Carter remains responsible for all of the duties imposed on Local Counsel under the rule, and she is expected to be familiar with all of the Court's Local Rules and practices.

Dated this 2nd day of October, 2026.

John H. Chun

JOHN H. CHUN
United States District Judge