UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN TAMM, on her own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOG6 LLC; GALLS LLC,<br><br>Defendants. | CASE NO. 2:26-cv-01671-JHC<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court sua sponte. The Court questions whether it has subject matter jurisdiction over this CEMA action; specifically, whether Plaintiff alleges injury-in-fact to establish Article III standing. Thus, the Court ORDERS the parties to show cause as to why this matter should not be remanded for lack of subject matter jurisdiction. Each side's brief may not exceed 2,100 words and is due on or before October 21, 2026.

The Court DIRECTS the Clerk to re-note the motion at Dkt. # 43 for October 21, 2026.

Dated this 7th day of October, 2026.

John H. Chun
United States District Judge