UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN TAMM, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOG6 LLC, d/b/a CAT5 COMMERCE d/b/a TACTICALGEAR.COM; and GALLS LLC,<br><br>Defendants. | CASE NO. 2:26-CV-01671-JHC<br><br>ORDER |

This matter comes before the Court on the Court's Order to Show Cause. Dkt. # 44. The Court thanks the parties for their responses to the Order. Dkt. ## 48 & 49. Upon review of those responses, the Court concludes that Defendants have not met their burden of alleging that Plaintiff has Article III standing and thus has not met their burden of establishing subject matter jurisdiction to support removal. Thus, the Court REMANDS this matter to King County Superior Court. The Court DIRECTS the Clerk to strike as moot the motion to dismiss at Dkt. # 43, and to mail a copy of this Order to the King County Superior Court.

Dated this 21st day of October, 2026.

JOHN H. CHUN
United States District Judge